Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
scott@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DELIVERED VIA ECF   5/2/2023

May 2, 2023

*Conference adjourned to 6/15/2023 @ 11:00 Am*

Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 24A
New York, NY 10007

**MEMO ENDORSED**

| | | |
|---|---|---|
| **Case Title:** | | *Mark Seliger. v. Hypebeast, Inc.. et al.*<br>**1:23-cv-00983-CM (BCM)** |
| **Re:** | | **Request to Adjourn Conference** |

Your Honor:

   This office represents Plaintiff, Mark Seliger ("Seliger"), in the above-referenced action. We write to respectfully request an adjournment of the initial pretrial conference, currently scheduled for May 4, 2023, at 11:30 a.m. by the Court's Order of February 27, 2023 (Dkt. # 8).

   On February 1, 2023, our office communicated with counsel for Defendant Hypebeast, Inc. ("Hypebeast"), who represented that he was authorized to accept service on Hypebeast's behalf and requested we send a waiver of service. Our office filed this action on behalf of Seliger on February 6, 2023 and promptly sent counsel for Hypebeast a waiver of service, but counsel for Hypebeast has not responded, despite follow-up requests. Our office then hired a process server to effectuate service on Hypebeast but the process server's numerous attempts have been unsuccessful and we are now seeking to serve Hypebeast via the Secretary of State. Hypebeast has not otherwise appeared in this case or answered Seliger's Complaint.

   In light of the above, Seliger respectfully requests that the Initial Pre-Trial Conference currently scheduled for May 4, 2023, be adjourned until June 5, 2023, or another date convenient for the Court. This is the first request for a continuance and my office contacted Hypebeast's counsel to ascertain whether he would consent or object and received an out-of-office notice. We thank Your Honor for considering this request.

Respectfully submitted,

By:   */s/ Scott Alan Burroughs*
Scott Alan Burroughs
DONIGER / BURROUGHS
*Attorney for the Plaintiff*

**IT IS SO ORDERED.**

Dated: 5/2/2023
_____
Honorable Colleen McMahon, U.S.D.J.

1