USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK SELIGER,

        Plaintiff,

-against-

HYPEBEAST, INC., et al.,

        Defendants.

23-CV-983 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court's Order dated November 28, 2023 (Dkt. 23) scheduled a discovery conference to take place, if necessary, on December 18, 202**4**. The Court regrets the error. The conference will take place, if at all, on **December 18, 2023**, at **11:00 a.m.**

Dated: New York, New York
       November 29, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**