UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK SELIGER,

              Plaintiff,

-against-

HYPEBEAST, INC., et al.,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/21/2023__

23-CV-983 (CM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the discovery conference held on December 18, 2023, plaintiff's letter-motion dated November 22, 2023 (Dkt. 22), requesting an order compelling responses to his discovery requests, is GRANTED to the extent set forth herein. No later than **January 11, 2024**, defendants shall serve interrogatory answers, under oath, stating:

1. The total number of internal and third-party clicks (as defined in plaintiff's first set of interrogatories) received on the webpages displaying the infringing uses at issue.

2. The total revenues received by defendants in connection with said clicks.

3. The total number of unique impressions, page views, and visitors to the webpages on which the infringing uses at issue were displayed.

4. The total revenues received by defendants in connection with advertising on the webpages displaying the infringing uses at issue.

As an alternative, defendants may, no later than **January 11, 2024**, produce documents sufficient to show the requested information.

The deadline to complete all discovery is EXTENDED to **January 11, 2024**, for the limited purpose of complying with this order. All other deadlines in the Civil Case Management Plan dated June 12, 2023 (Dkt. 14) remain unchanged. The parties are reminded that their joint pretrial order is due **February 10, 2024**.

Dated: New York, New York
       December 21, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**